## COOK v. THOMPSON, JUDGE.

[No. 0-367. Filed June 25, 1954.]

Donald L. Cook, pro se.

PER CURIAM—The petitioner, appearing *pro se*, seeks an alternative writ of mandate to compel Curtis W. Thompson, Judge of the Ripley County Circuit Court, to show cause, if any, why petitioner's motion for a new trial should not be set for hearing. The relief sought relates to a proceeding in an inferior court. No certified copies of pleadings, orders and entries pertaining to the subject-matter accompany the petition, hence it does not comply with Rule 2-35 of this court. For this reason the petition is dismissed.

Petition dismissed.

NOTE.—Reported in 120 N. E. 2d 407.